IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                             )
v.                           )          Cr. No. 2:99cr124-ID
                             )
SCOTT C. WILLIAMS            )

**O R D E R**

Upon careful CONSIDERATION of Defendant Scott C. Williams' motion for

release from probation (Doc. No. 16), which the court construes as a motion for early

termination of supervised release, and the probation officer's response (Doc. No. 18), it is

ORDERED that said motion be and the same is hereby DENIED.

DONE this 9th day of February, 2007.

        /s/ Ira DeMent
        SENIOR UNITED STATES DISTRICT JUDGE